**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| PIVOTAL PAYMENTS, INC., | § | |
| | § | |
| v. | § | Civil Action No. 4:16-cv-00598 |
| | § | Judge Mazzant |
| TAKING YOU FORWARD LLC, | § | |
| | § | |

---

**FINAL JUDGMENT**

---

On March 1, 2017, the Court granted summary judgment in favor of Pivotal Payments, Inc. ("Pivotal") against Defendant Taking You Forward, LLC.  Based upon the Memorandum Opinion and Order (Dkt. #9), the Court hereby enters this final judgment against Defendant Taking You Forward, LLC.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Pivotal Payments, Inc. is hereby granted judgment against Taking You Forward, LLC as follows:

(1)     Actual damages in the amount of $93,945.75;

(2)     Pre-judgment interest in the amount of $3,925.13 (calculated at 5% per annum from August 11, 2016, through June 12, 2017);

(3)     Post-judgment interest on the foregoing sums at the highest rate allowed by law; and

(4)     All taxable court costs.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Pivotal Payments, Inc. shall have all writs of execution and other process necessary to enforce this judgment against Taking You Forward, LLC.  This judgment disposes of all claims and parties and is final and appealable.  All requested relief not expressly granted herein is **DENIED.**

**IT IS SO ORDERED.**

**SIGNED this 13th day of June, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE